1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, CA 90067-6035
   Telephone:    (310) 553-6700
4  Facsimile:    (310) 246-6779

5  ANNA PLETCHER (S.B. #239730)
   apletcher@omm.com
6  O'MELVENY & MYERS LLP
   Two Embarcadero Center
7  28th Floor
   San Francisco, CA 94111
8  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
9
   *Attorneys for Defendant The Walt Disney Company*
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| COLE UNGER | Case No. 4:25-CV-01163-DMR |
|---|---|
| Plaintiff, | **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |
| v. | |
| THE WALT DISNEY COMPANY, | |
| Defendant. | |

1  On behalf of The Walt Disney Company, the following attorney(s)
2      (1) move(s) to substitute as counsel of record,
3      (2) certify they are members in good standing of this Court's bar,
4      (3) attest to the consent of current counsel to be withdrawn, and
5      (4) attest to the consent of the party represented.
6  Name(s) of new counsel seeking to appear and firm name:
7      Daniel Petrocelli and Anna Pletcher of O'Melveny & Myers LLP
8  Name(s) of counsel withdrawing from representation and firm name:
9      Joe Wesley Earnhardt of Cravath, Swaine & Moore LLP

| | |
|---|---|
| Dated: February 14, 2025 | By: */s/ Daniel Petrocelli*<br>DANIEL PETROCELLI (S.B. #97802)<br>dpetrocelli@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>ANNA PLETCHER (S.B. #239730)<br>apletcher@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for Defendant The Walt Disney Company* |

[PROPOSED] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE