DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

*Attorney for Defendant*
*The Walt Disney Company*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| Cole Unger and Steven Prescott, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>The Walt Disney Company,<br><br>  *Defendant*. | Case No. 5:25-cv-01163<br><br>**Defendant's Response to Plaintiffs' Notice (Dkt. 70)**<br><br>Judge: Hon. Edward J. Davila |

Defendant The Walt Disney Company ("Disney") submits this response to Plaintiffs' Notice regarding Disney's settlement in principle with the plaintiffs in *Biddle v. The Walt Disney Company*, No. 5:22-cv-07317-EJD (N.D. Cal.). Dkt. 70. On June 4, 2025, in advance of a July 11, 2025 court-ordered deadline to complete the first ADR session in the *Biddle* action, *see Biddle* Dkt. 92 at 2, Disney participated in a mediation with the *Biddle* plaintiffs under the supervision of retired U.S. District Judge Layn R. Phillips. The mediation succeeded, and the parties in *Biddle* reached an agreement in principle to settle all claims, including a claim for injunctive relief that spans all subscriber classes. That agreement in principle—which comes after two and a half years of litigation between the parties in *Biddle*—is conditioned upon the Court granting an upcoming motion under Rule 23(g) to appoint Yavar Bathaee and the law firm of Bathaee Dunne LLP as interim lead counsel for YouTube TV, DirecTV Stream, and FuboTV subscriber classes. As it stands, none of the plaintiffs' counsel in this action or in *Biddle* represent any subscriber class; they each represent named plaintiffs. Disney believes that the most efficient next step is for the Court to adjudicate the *Biddle* plaintiffs' forthcoming motion for appointment under Rule 23(g).

Immediately following the mediation, counsel for Disney apprised counsel for *Unger* about the mediation and proposed settlement and made clear that it does not foreclose any application for attorneys' fees that counsel for *Unger* may choose to file.

Dated: June 9, 2025

Respectfully submitted,

By: /s/ *Daniel M. Petrocelli*
       Daniel M. Petrocelli

dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

ANNA PLETCHER (S.B. #239730)
apletcher@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

SERGEI ZASLAVSKY (admitted *pro hac vice*)
szaslavsky@omm.com
BRIAN P. QUINN (admitted *pro hac vice*)
bquinn@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendant*
*The Walt Disney Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated: June 9, 2025

Respectfully submitted,

By:  /s/ *Daniel M. Petrocelli*
　　　　Daniel M. Petrocelli

*Attorney for Defendant*
*The Walt Disney Company*